■ In the Matter of JOHN HARDIE, Appellant, v THOMAS COUGHLIN, III, as Commissioner of New York State Department of Correctional Services, Respondent.—Appeal from a judgment of the Supreme Court (Berke, J.), entered February 10, 1988 in Washington County, which converted petitioner's application, brought pursuant to CPLR article 78, into an action for declaratory judgment and declared that a portion of 7 NYCRR 1900.2 (a) is not unconstitutional.

Judgment affirmed, without costs (see, Matter of Cintron v Coughlin, 141 AD2d 1006). Kane, J. P., Casey, Weiss, Mikoll and Mercure, JJ., concur.